WILLIAM NODWELL, Respondent, *v.* NEW YORK RAILWAYS COMPANY, Appellant.

*Nodwell* v. *N. Y. Railways Co.*, 182 App. Div. 887, reversed.

(Argued January 27, 1920; decided February 24, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 28, 1918, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for loss of services of plaintiff's wife resulting from personal injuries alleged to have been received by her through the negligence of defendant, in that she was run down by one of its cars while she was crossing Lexington avenue at its intersection with Twenty-third street in the borough of Manhattan.

*B. H. Ames* and *James L. Quackenbush* for appellant.

*Joseph Speiser* and *Milton Speiser* for respondent.

Judgment reversed and new trial granted, costs to abide event, on authority of *Nodwell* v. *N. Y. Railways Co.* (228 N. Y. 547); no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, POUND, and CRANE, JJ. Not voting: CARDOZO and ANDREWS, JJ.